**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Cedric Datreil PRUITT, also known
as Ced, Defendant–Appellant**

No. 15-40273
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 08/16/2016

Heather Harris Rattan, Esq., Assistant U.S. Attorney, Plano, TX, for Plaintiff–Appellee

Cedric Datreil Pruitt, Pro Se

Before REAVLEY, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Cedric Datreil Pruitt has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Pruitt has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.